**Douglas G. LAVY, Appellant,**

v.

**Mary Monica LAVY, Respondent.**

**No. ED 81382.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 17, 2003.

Michael C. Todt, Todt & Ryan, L.L.C., St. Charles, MO, for appellant.

Mary Ann Weems, Law Office of Mary Ann Weems, St. Louis, MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J., and KATHIANNE KNAUP CRANE, J.

### ORDER

PER CURIAM.

Appellant, Douglas G. Lavy, appeals from the judgment of the Circuit Court of St. Charles County, dissolving his marriage to respondent, Mary Monica Lavy. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the judgment is supported by competent and substantial evidence. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).